UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) CAUSE NO. 1:20-cr-97-JRS-DLP | |
| | ) | |
| CLIFFORD R. KING, JR., | ) | -18 |
| a/k/a Zoe, | ) | |
| ERIC WALKER, | ) | -20 |
| a/k/a Little E, | ) | |
| DERRICK GRANGER, and | ) | -24 |
| AYRES ADAMS, | ) | -25 |
| a/k/a AWOL, | ) | |
| | ) | |
| Defendants. | ) | |

## APPEARANCE

Comes now, John E. Childress, Acting United States Attorney for the Southern District of

Indiana, by Kathryn E. Olivier, Assistant United States Attorney for the Southern District of

Indiana, and enters her appearance as counsel for the United States of America.


Respectfully submitted,

JOHN E. CHILDRESS
Acting United States Attorney


By:    *s/Kathryn E. Olivier*
          Kathryn E. Olivier
          Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2021, a copy of the foregoing filed electronically.  Notice

of this filing will be sent to the following parties by operation of the Court's electronic filing

system.  Parties may access this filing through the Court's system.


By:      *s/Kathryn E. Oliver*
         Kathryn E. Olivier
         Assistant United States Attorney
         Office of the United States Attorney
         10 W. Market St., Suite 2100
         Indianapolis, Indiana 46204-3048
         Telephone: (317) 226-6333
         Email: Kathryn.olivier@usdoj.gov